IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

A & E AUTO BODY, INC.
AMERICAN PAINT & BODY, INC.
AUTO & COACH WORKS OF CENTRAL FL INC
AUTO BODY CONCEPTS, INC.
AUTOBODY RESURRECTION CENTER, INC.
COLLISION CONCEPTS OF DELRAY, LLC
ELITE EURO CARS COLLISION SERVICES, INC.
EXPRESS PAINT & BODY
GUNDER'S AUTO CENTER, INC.
JUSTICE COLLISION, LLC
LONG WHOLESALE CONSULTANTS
MARSHALLS BODY MASTERS
OLD DIXIE PAINT AND BODY LLC
ORLANDO AUTO BODY, INC.
QUALITY COLLISION REPAIR, INC.
REGAL PONTIAC, INC.
SPS BUSINESS INVESTMENTS, INC.
STEWART AGENCY INC. d/b/a EARL STEWART
TOYOTA OF NORTH PALM BEACH
STEWART AUTO REPAIR, INC.
STEWART COLLISION GROUP, LLC, d/b/a
BERNIE'S BODY SHOP

PLAINTIFFS,

VS.                                          CAUSE NO. 6:14-CV-310-ORL-31TBS

21ST CENTURY CENTENNIAL INSURANCE COMPANY,
d/b/a FARMERS INSURANCE GROUP
21st CENTURY NORTH AMERICAN INSURANCE COMPANY
ACCEPTANCE INDEMNITY INSURANCE COMPANY
ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY
ALLSTATE INSURANCE COMPANY
BRISTOL WEST INSURANCE COMPANY
DIRECT GENERAL INSURANCE COMPANY
ENCOMPASS INDEMNITY COMPANY

1

ESURANCE PROPERTY & CASUALTY INSURANCE
COMPANY, a/k/a ESURANCE INSURANCE COMPANY
FIRST ACCEPTANCE INSURANCE COMPANY, INC.
FLORIDA FARM BUREAU GENERAL INSURANCE
COMPANY, d/b/a FLORIDA FARM BUREAU INSURANCE
COMPANIES
FOREMOST INSURANCE COMPANY
GEICO GENERAL INSURANCE COMPANY
HARTFORD ACCIDENT AND INDEMNITY COMPANY
HARTFORD UNDERWRITERS INSURANCE COMPANY
HORACE MANN INSURANCE COMPANY
INFINITY AUTO INSURANCE COMPANY
LIBERTY MUTUAL INSURANCE COMPANY
MERCURY INSURANCE COMPANY OF FLORIDA
MGA INSURANCE COMPANY, INC., d/b/a
GAINSCO AUTO INSURANCE
NATIONAL GENERAL INSURANCE ONLINE, INC.
NATIONWIDE INSURANCE COMPANY OF FLORIDA
NATIONWIDE MUTUAL INSURANCE COMPANY
OCEAN HARBOR CASUALTY INSURANCE COMPANY
OLD REPUBLIC INSURANCE COMPANY
OLD REPUBLIC INSURANCE COMPANY, d/b/a
GALLAGHER BASSETT SERVICES, INC.,
PROGRESSIVE CASUALTY INSURANCE COMPANY
SAFECO INSURANCE COMPANY OF AMERICA
SECURITY NATIONAL INSURANCE COMPANY, d/b/a
FARMERS INSURANCE GROUP
SENTRY INSURANCE A MUTUAL COMPANY
STATE AUTOMOBILE MUTUAL INSURANCE
COMPANY
STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY
THE CINCINNATI INSURANCE COMPANY
THE TRAVELERS INDEMNITY COMPANY
USAA CASUALTY INSURANCE COMPANY, d/b/a
UNITED SERVICES AUTOMOBILE ASSOCIATION
USAA CASUALTY INSURANCE COMPANY
WESTFIELD INSURANCE COMPANY
WINDHAVEN INSURANCE COMPANY
ZURICH AMERICAN INSURANCE COMPANY

               DEFENDANTS.

## MOTION *INSTANTER* FOR TEMPORARY ADMISSION INTO THE MIDDLE DISTRICT BAR AND MEMORANDUM OF LEGAL AUTHORITY IN SUPPORT THEREOF

COMES NOW, undersigned counsel for the Plaintiffs in the above-captioned case, pursuant to Rule 2.02(d), Local Rules, Middle District of Florida, and files this Motion *Instanter* for Temporary Admission into the Middle District Bar and Memorandum of Legal Authority in Support Thereof, as follows:

1. Undersigned counsel has previously been an active member of this Court and the Middle District Bar.

2. Due to oversight and the fact that undersigned counsel was not involved in any pending cases before the Middle District over the past year to 2 years, undersigned counsel failed to pay the dues to maintain active membership in the Middle District Bar.

3. In the meantime, and just recently, undersigned counsel has been retained by the Plaintiffs in the above-captioned case, whereby a Complaint is being contemporaneously filed with this Motion, on their behalf, that is otherwise appropriately before the United States District Court for the Middle District of Florida.

4. Also in the meantime, undersigned counsel has initiated proceedings, and submitted a recent application, for admission again to the Middle District Bar (on Wednesday, February 19, 2014). There is nothing to indicate that undersigned counsel is not otherwise currently eligible for membership again in the Middle District Bar.

5. The nature of the circumstances surrounding the above-captioned case and the Complaint that has been filed contemporaneously with this Motion is such that undersigned counsel fully expects for other similarly situated plaintiffs across the United States to be filing legally and factually similar complaints and cases in other federal courts in many other states. The reasonable expectation is that the above-captioned case will be a part of and ultimately consolidated into "Multi-District-Litigation" for the sake of, *inter alia*, judicial economy, expediency, and justice.

6. However, in order to better ensure that important objective is satisfied for purposes of the above-captioned case, its Plaintiffs, and this Court, the above-captioned case should be filed without delay and as soon as possible. This is particularly so, since the other same and similarly situated cases across the United States have either been filed or on the cusp of being filed (as has come to the understanding of undersigned counsel through communications with counsel of non-Florida, similarly situated plaintiffs).

7. Undersigned counsel respectfully submits that such constitutes "extraordinary circumstances" for purposes of, and as set forth in, Local Rule 2.02(d).

8. For purposes of this Motion and for purposes of filing the aforementioned Complaint in the above-captioned case, undersigned counsel respectfully submits that he has otherwise satisfied the elements of, and set forth in, Local Rule 2.02(d), and should be granted temporary admission into the Middle District Bar (up and until granted full, general admission as part of the application proceedings that have already been initiated).

WHEREFORE, undersigned counsel, Alan Brent Geohagan, respectfully requests this Court to grant his Motion *Instanter* for Temporary Admission into the Middle District Bar for the reasons set forth above, and for any such other relief as this Court deems just and proper.

Respectfully submitted,

GEOHAGAN, P.A.

_____
A. Brent Geohagan, Esq.
Florida Bar Number 071927
Trial Counsel for the Plaintiffs
Geohagan, P.A.
3001 Bartow Road
Lakeland, Florida 33803
Telephone: (863) 665-6930
Fax: (863) 665-6935
E-mail: abrent@geohaganlaw.com and wavery@geohaganlaw.com