**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

A & E AUTO BODY, INC., et al.,

        Plaintiffs,

v.                                           CASE NO. 6:14-cv-310-GAP-TBS

21ST CENTURY CENTENNIAL INSURANCE
COMPANY, et al.,

        Defendants.
_____/

**DEFENDANTS NATIONWIDE MUTUAL INSURANCE COMPANY AND
NATIONWIDE INSURANCE COMPANY OF FLORIDA'S
MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(4) and 12(b)(6), defendants Nationwide Mutual Insurance Company and Nationwide Insurance Company of Florida (together, "Nationwide"), move to dismiss this action as to Nationwide for insufficient process and for failure to state a claim upon which relief can be granted. Grounds for the motion are provided in the accompanying Memorandum of Law.

**MEMORANDUM OF LAW**

**I.    NATIONWIDE'S PENDING MOTION TO DISMISS FOR INSUFFICIENT PROCESS**

Plaintiffs served Nationwide on June 20, 2014 with summonses that attached the dismissed original Complaint. Nationwide previously filed a motion to quash those deficient summonses and to dismiss this action as to Nationwide for insufficient process. (ECF No. 156). That motion remains pending. While Plaintiffs' counsel filed an Amended Complaint with the Court on June 28, 2014 – after the June 27th deadline set forth in this Court's June 11, 2014

Order – Plaintiffs still have not effected proper service on Nationwide. By renewing its Motion to Dismiss for insufficient process (ECF No. 156), Nationwide does not waive service.

## II. PLAINTIFFS' CLAIMS FAIL AS A MATTER OF LAW

Even if Nationwide had been properly served in this matter – and Nationwide respectfully submits it has not been properly served – Nationwide now also moves to dismiss Plaintiffs' claims pursuant to Rule 12(b)(6). In the interest of brevity, and judicial economy, Nationwide joins in and incorporates by references the arguments set forth in the motions to dismiss the Amended Complaint filed by the Hartford defendants (ECF No.192) and defendant GEICO (ECF No. 191).

In particular, Nationwide notes that the Amended Complaint does not correct the deficiencies this Court identified in its June 11, 2014 Order: the Amended Complaint remains a "shotgun pleading" as to Nationwide; and the Amended Complaint still fails to identify any specific conduct purportedly engaged in by Nationwide as opposed to any other defendant.

## III. CONCLUSION

For the above reasons, and as set forth in the motions to dismiss filed by the Hartford defendants and defendant GEICO, Nationwide requests the Court dismiss this action with prejudice as to Nationwide.

Dated: July 11, 2014

          Respectfully submitted,

          */s/ Andrew R. Kruppa*
          Andrew R. Kruppa, Florida Bar No. 63958
          Trial Counsel
          Kimberly J. Donovan, Florida Bar No. 16496
          Squire Patton Boggs (US) LLP
          200 South Biscayne Boulevard, Suite 4100
          Miami, FL 33131
          (305) 577-7000 telephone
          (305) 577-7001 facsimile
          andrew.kruppa@squiresanders.com
          kimberly.donovan@squirepb.com

Mark Botti, *pro hac vice*
Squire Patton Boggs (US) LLP
1200 19th Street, N.W., Suite 300
Washington, DC  20036
(202) 626-6600 telephone
(202) 626-6780 facsimile
mark.botti@squirepb.com

Michael H. Carpenter, *pro hac vice*
Michael N. Beekhuizen, *pro hac vice*
Peter T. Snow, *pro hac vice*
Carpenter Lipps & Leland LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
(614) 365-4100 telephone
(614) 365-9145 facsimile
carpenter@carpenterlipps.com
beekhuizen@carpenterlipps.com
snow@carpenterlipps.com

          *Attorneys for Defendants Nationwide Mutual*
          *Insurance Company and Nationwide*
          *Insurance Company of Florida*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically on July 11, 2014. Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

*/s/ Andrew R. Kruppa*
*One of the Attorneys for Defendants*
*Nationwide Mutual Insurance Company and*
*Nationwide Insurance Company of Florida*

4299773/1/MIAMI