**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| A & E AUTO BODY, INC., AMERICAN PAINT & BODY, INC., AUTO & COACH WORKS OF CENTRAL FLORIDA, INC., D/B/A HI TECH AUTO & R.V. PARTS AND REPAIR, AUTO BODY CONCEPTS, INC., BOCA'S COURTESY COLLISION, INC., C&C AUTOMOTIVE, INC., COLLISION CONCEPTS OF DELRAY, LLC, ELITE EURO CARS COLLISION SERVICES, INC., EXPRESS PAINT & BODY, INC., GUNDER'S AUTO CENTER, INC., HAUSER OF THE PALM BEACHES, INC. D/B/A ELITE PAINT AND BODY SHOP, JUSTICE COLLISION, LLC, MARSHALL'S BODY MASTERS, LLC, NORTH BAY AUTO SERVICE, INC., OLD DIXIE PAINT AND BODY, LLC, ORLANDO AUTO BODY, INC., QUALITY COLLISION REPAIR, INC., STEWART AGENCY INC., D/B/A EARL STEWART TOYOTA OF NORTH PALM BEACH, STEWART AUTO REPAIR, INC., STEWART COLLISION GROUP, LLC, D/B/A BERNIE'S BODY SHOP,<br><br>       Plaintiffs,<br><br>v.<br><br>21st CENTURY CENTENNIAL INSURANCE COMPANY, 21st CENTURY INDEMNITY INSURANCE COMPANY, ACCEPTANCE INDEMNITY INSURANCE COMPANY, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, ALLSTATE INSURANCE COMPANY, BRISTOL WEST INSURANCE COMPANY, | Case Action File No.<br>6:14-cv-00310-GAP-TBS<br><br>**DISPOSITIVE MOTION**<br><br>**DEFENDANT ZURICH AMERICAN INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT AND SUPPORTING MEMORANDUM** |

| | |
|---|---|
| DIRECT GENERAL INSURANCE | ) |
| COMPANY, ENCOMPASS INDEMNITY | ) |
| COMPANY, ESURANCE PROPERTY & | ) |
| CASUALTY INSURANCE COMPANY, | ) |
| ESURANCE INSURANCE COMPANY, | ) |
| FIRST ACCEPTANCE INSURANCE | ) |
| COMPANY, INC., FLORIDA FARM | ) |
| BUREAU GENERAL INSURANCE | ) |
| COMPANY, FLORIDA FARM BUREAU | ) |
| CASUALTY INSURANCE COMPANY, | ) |
| FOREMOST INSURANCE COMPANY, | ) |
| GEICO GENERAL INSURANCE | ) |
| COMPANY, HARTFORD ACCIDENT | ) |
| AND INDEMNITY COMPANY, | ) |
| HARTFORD UNDERWRITERS | ) |
| INSURANCE COMPANY, HORACE | ) |
| MANN INSURANCE COMPANY, | ) |
| INFINITY AUTO INSURANCE | ) |
| COMPANY, LIBERTY MUTUAL | ) |
| INSURANCE COMPANY, MERCURY | ) |
| INSURANCE COMPANY OF FLORIDA, | ) |
| MGA INSURANCE COMPANY, INC., | ) |
| NATIONAL GENERAL INSURANCE | ) |
| ONLINE, INC., NATIONWIDE | ) |
| INSURANCE COMPANY OF FLORIDA, | ) |
| INC., NATIONWIDE MUTUAL | ) |
| INSURANCE COMPANY, OCEAN | ) |
| HARBOR CASUALTY INSURANCE | ) |
| COMPANY, OLD REPUBLIC | ) |
| INSURANCE COMPANY, | ) |
| PROGRESSIVE AMERICAN | ) |
| INSURANCE COMPANY, | ) |
| PROGRESSIVE SELECT INSURANCE | ) |
| COMPANY, SAFECO INSURANCE | ) |
| COMPANY OF AMERICA, SECURITY | ) |
| NATIONAL INSURANCE COMPANY, | ) |
| SENTRY INSURANCE, A MUTUAL | ) |
| COMPANY, STATE FARM MUTUAL | ) |
| AUTOMOBILE INSURANCE | ) |
| COMPANY, THE CINCINNATI | ) |
| INSURANCE COMPANY, THE | ) |
| TRAVELERS INDEMNITY COMPANY, | ) |
| USAA CASUALTY INSURANCE | ) |
| COMPANY, UNITED SERVICES | ) |

| | |
|---|---|
| AUTOMOBILE ASSOCIATION, | ) |
| WESTFIELD INSURANCE COMPANY, | ) |
| WINDHAVEN INSURANCE COMPANY, | ) |
| ZURICH AMERICAN INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

### DEFENDANT ZURICH AMERICAN INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT AND SUPPORTING MEMORANDUM

Under Federal Rule of Civil Procedure 12(b)(6), Defendant Zurich American Insurance Company ("Zurich") moves to dismiss Plaintiffs' Amended Complaint. [Doc. 167.]

The Court previously dismissed Plaintiffs' original Complaint for "serious" deficiencies, including the failure to identify which Plaintiffs have "direct repair program" ("DRP") agreements with specific Defendants, alleging wrongdoing collectively as to every Defendant, and failing to make the necessary individualized allegations. [Doc. 110.][1] The Court further ordered that, if Plaintiffs chose to replead, they had to do so on or before June 27, 2014. [*Id.*]

---

[1] Plaintiffs later served Zurich with the dismissed Complaint. Setting aside any issues relating to such service, Zurich need not respond to the dismissed Complaint, which is a nullity due to the dismissal and the filing of Plaintiffs' Amended Complaint. *Fritz v. Standard Sec. Life Ins. Co.*, 676 F.2d 1356, 1358 ( 11th Cir. 1982) ("Under the Federal Rules, an amended complaint supersedes the original complaint."). To the extent a response is required, Zurich refers to the Court's order [Doc 110] dismissing the original Complaint.

Plaintiffs instead filed their Amended Complaint on June 28, 2014. [Doc 167.] Despite the missed deadline, the Amended Complaint still does not address the serious deficiencies noted above, particularly as to Plaintiffs' allegations against Zurich. Plaintiffs still nowhere allege that Zurich has a DRP agreement with any Plaintiff [*see, e.g*., Doc. 167-4, Ex. 4 ("Plaintiffs' Direct Repair Program Affiliations") (Zurich not listed)], and Plaintiffs still attribute the allegations of wrongdoing against Zurich only through generalized allegations common to the other Defendants [*see, e.g*., Doc. 167 ¶¶ 66, 67 (listing all Defendants in Complaint); *id. passim*].

In the interests of brevity and judicial economy, Zurich further adopts the 12(b)(6) arguments made by its co-Defendants in their motions to dismiss Plaintiffs' Amended Complaint [Docs. 191, 192, 201, 204, 209, 210, 211, 212, 215]. For all these reasons, Zurich respectfully requests that Plaintiffs' Amended Complaint be dismissed.

This 14th day of July, 2014.

*s/ Patricia A. Gorham*
Patricia A. Gorham (Fla. Bar No. 0049861)
Amelia Toy Rudolph (Fla. Bar No. 0057015)
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, Georgia  30309-3996
404.853.8000 (T)
404.853.8806 (F)
patricia.gorham@sutherland.com
amelia.rudolph@sutherland.com

*Attorneys for Defendant*
*Zurich American Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2014, I electronically filed the foregoing **Defendant Zurich American Insurance Company's Motion to Dismiss Plaintiffs' Amended Complaint and Supporting Memorandum** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record in this case who are participants in the Court's ECF filing system.

*s/ Patricia A. Gorham*
Patricia A. Gorham