UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:14-CV-00310-GAP-TBS
MDL DOCKET NO. 2557

A & E AUTO BODY, INC., et al.

    Plaintiffs,

v.

21st CENTURY CENTENNIAL
INSURANCE COMPANY, et al.,

    Defendants.
_____/

**NOTICE OF WITHDRAWAL OF DEFENDANTS', FLORIDA FARM BUREAU GENERAL INSURANCE COMPANY AND FLORIDA FARM BUREAU CASUALTY INSURANCE COMPANY, MOTION TO QUASH SERVICE AND TO DISMISS PURSAUNT TO FAILURE TO COMPLY WITH RULE 4(m) ONLY**

Defendants, Florida Farm Bureau General Insurance Company and Florida Farm Bureau Casualty Insurance Company ("Florida Farm Bureau"), by and through its undersigned counsel, and hereby withdraws its Motion to Quash Service, previously filed as docket entry number 201. Additionally, Florida Farm Bureau withdraws its arguments for dismissal of the Amended Complaint only as to Plaintiffs' failure to comply with Rule 4(m), Fed.R.Civ.P as contained in docket entry number 201. Florida Farm Bureau specifically maintains all other grounds for dismissal stated in its Motion to Dismiss.

Florida Farm Bureau's withdrawal of the Motion to Quash Service does not and is not intended to act as a waiver of any if its future rights, including the right to be served with process for any separate or subsequent actions, including any actions for injunctive relief.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of September, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

        COLODNY, FASS, TALENFELD,
        KARLINSKY, ABATE & WEBB, P.A.
        Counsel for Defendants Florida Farm Bureau
        One Financial Plaza, 23rd Floor
        100 Southeast 3rd Avenue
        Fort Lauderdale, Florida 33394
        Telephone:   (954) 492-4010
        Facsimile:   (954) 492-1144

        By:___/s/ Maria E. Abate_____
            MARIA ELENA ABATE
            Fla Bar No. 770418
            mabate@cftlaw.com
            A. ABIDEMI OLADIPO
            Fla Bar No. 0041779
            aoladipo@cftlaw.com