IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| IN RE: AUTO BODY SHOP ANTITRUST LITIGATION | ) ) ) ) ) ) | MDL DOCKET NO. 2557 <br> 6:14-md-02557-GAP-TBS <br><br> This document relates to: <br> Case No. 6:14-cv-00310-Orl-31TBS |

## JOINDER BY OLD REPUBLIC INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Pursuant to Federal Rules of Civil Procedure and 12(b)(6), defendant, Old Republic Insurance Company ("Old Republic") submits this joinder in the Motions to Dismiss filed by Westfield Insurance Company (ECF No. 204) and the Hartford defendants (ECF No. 192) in the matter styled as *A & E Auto Body, Inc. et al. v. 21st Century Centennial Ins. Co, et al.*, which was filed in the United States District Court for the Middle District of Florida and have been consolidated before this Court as part of *In re Auto Body Shop Antitrust Litigation*, MDL No. 2557. Old Republic adopts and incorporates by reference the arguments made in both Motions to Dismiss.

WHEREFORE, for the foregoing reasons, the moving defendants respectfully request that the Court grant their Motion to Dismiss Plaintiffs' Complaint with prejudice.

Dated: October 3, 2014

Respectfully submitted,

/s/ W Mason
Amy S. Rubin, Esq.
Florida Bar No.: 476048
arubin@foxrothschild.com
wpbeservice@foxrothschild.com
W Mason, Esq.
Florida Bar No.: 66229
wmason@foxrothschild.com

        Fox Rothschild LLP
        Esperante Building, Suite 700
        222 Lakeview Avenue
        West Palm Beach, FL 33401
        (561) 804-4432
        (561) 835-9602 (facsimile)
        *Attorneys for Old Republic*
        *Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of October, 2014, I electronically filed the foregoing Joinder to Motion to Dismiss with the Clerk of the Court using CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

        /s/ W Mason
          W Mason, Esq.