**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**CASE NO. 6:14-cv-310-Orl-31TBS
(MDL Docket 6:14-cv-2557-GAP-TBS)**

A & E AUTO BODY, INC., et al.

     Plaintiffs,

v.

21ST CENTURY CENTENNIAL
INSURANCE COMPANY, et al.,

     Defendants.

_____/

**DEFENDANT FLORIDA FARM BUREAU GENERAL INSURANCE COMPANY'S
SUPPLEMENT TO ITS MOTION FOR SANCTIONS CERTIFYING TO PLAINTIFFS'
NON-AGREEMENT WITH THE RULE 11 MOTION**

Pursuant to Local Rule 3.01(g) for the Middle District of Florida, undersigned counsel, on behalf of Defendant, Florida Farm Bureau, files the instant Supplement to its Motion for Sanctions (D.E. 294) (hereinafter "Rule 11 Motion") and Certifies as follows:

1.    On June 23, 2014, Defendant's proposed Rule 11 Motion was served on the attorney of record, Alan Brent Geohagan.

2.    No response was received to the Motion.

3.    The Amended Complaint was filed in the instant action and Ms. Fry and Mr. Eaves became co-counsel of record for the Plaintiffs.

4.    On September 11, 2014, before the preliminary pre-trial conference, undersigned counsel asked Allison Fry to contact her to discuss the Rule 11 Motion. Ms. Fry did not do so.

5.      On January 21, 2015, this Honorable Court dismissed the Amended Complaint.

6.      On January 23, 2015, undersigned counsel's assistant emailed Mr. Eaves, Ms. Fry and Mr. Geohagan informing them as follows: "Attached please find our correspondence previously provided to Mr. Geohagan on June 23, 2014. If you wish to resolve this matter before the filing of our motion for sanctions, please contact Ms. Abate before the close of business on Tuesday, January 27, 2015."

7.      No response was received and the motion was filed on January 29, 2015.

8.      Pursuant to the local rules, continued attempts were made to contact Ms. Fry so as to supplement the motion for sanctions. Thus, shortly after filing the motion, on January 29, 2015, undersigned counsel's assistant called Ms. Fry's office but was unable to speak to her. Subsequently, Ms. Fry returned the call and a telephone conference was scheduled for Monday, February 2, 2015 at 1:00 p.m. when both Ms. Fry and undersigned counsel were available.

9.      At the agreed upon time and date, undersigned counsel called Ms. Fry who indicated that she had already sent written correspondence objecting to the Rule 11 motion through regular mail. At the time of this conversation undersigned counsel had not received the letter. Ms. Fry would not email the letter to undersigned counsel but made it clear that she did not agree with the Rule 11 motion and that she believed undersigned counsel had acted in "bad faith" and had failed to confer as required by the local rules.

I HEREBY CERTIFY THAT THE ABOVE STATED FACTS ARE TRUE AND ACCURATE AND THAT THE PARTIES HAVE NOT RESOLVED THE ISSUES RAISED IN THE RULE 11 MOTION.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of February 2015, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system which will send a notice of electronic filing to all counsel of record.

COLODNY FASS, P.A.
Counsel for Florida Farm Bureau
One Financial Plaza, 23rd Floor
100 Southeast 3rd Avenue
Fort Lauderdale, Florida 33394
Telephone:    (954) 492-4010
Facsimile:    (954) 492-1144

By:    /s/ Maria Elena Abate
MARIA ELENA ABATE
Fla Bar No. 770418
mabate@colodnyfass.com