Exhibit "2"







