Procedures and Operations being short paid or not paid.

1) Test drive vehicle after repairs
2) Suspension Alignment paid in mechanical hours vs dollar amount
3) Wheel mount and balance paid in hour vs dollar amount
4) Clean vehicle after repairs
5) No threshold/cap on paint and materials pay off invoice/calculator amount
6) No partial refinish (reduction of refinish time) if damage on edge of panel
7) Pay for all frame set up, damage analysis and vehicle measurement documenting damage
8) Pay for repair of pinch weld damage as result of securing vehicle for frame/unibody work
9) Pay for refinish of repaired pinch weld damage as result of frame/unibody work
10) Masking of openings to prevent overspray – jams, engine compartment, glass openings, door handle openings, tail lamp pockets etc
11) Pay for materials and labor for feather prime and block of repaired outer panels from the 150 grit level to slick ready for refinish operation
12) Pay for materials and labor for feather prime and block of outer welded seams in replacement of welded panels from the 150 grit level to slick ready for refinish operation
13) Pay for materials and labor to de-nib dust /trash particles from refinish work if needed
14) Pay for materials and labor to color sand and buff refinish work for proper texture when needed
15) Pay at mechanical rate to reset electronics when power disconnected during repair process
16) Pay R&I/R&R of required varying items for proper set up and tie down for frame/unibody repairs
17) Pay access/disassemble time for blueprinting (detailed estimate) of vehicle damage

EXHIBIT "3"

18) Pay for effort and time required in moving disabled vehicles into repair facility/stall
19) Pay for storage/stall tie up and delays related to slow/delayed inspections by insurers
20) Pay for covering of vehicles to reduce additional damage
21) Pay for windshield/glass replacement based on labor time and materials involved vs a dollar amount as identified by some sublet program
22) Pay structural rates for structural repairs
23) Pay mechanical rates for mechanical repairs
24) Pay for necessary jig rental required in making proper repairs when necessary
25) Pay to bag and protect air bags when removed during repair process
26) Pay for state inspection sticker when required by law
27) Pay for tire disposal
28) Pay to tint paint for better match and following of manufacturer's recommendations
29) Pay for additional spray out panels and materials involved
30) Pay for disconnecting/reconnecting battery cable/power when servicing vehicle
31) Pay for additional efforts required in prefitting non oem parts and used parts
32) Pay for glass/adhesive clean up for windshield replacement
33) Pay administrative and time allowance for estimate and total loss paperwork preparation
34) Pay for multiple efforts required in spray masking and paper maskng of vehicle during repairs
35) Pay labor to remove stipes for repaired and blended panels
36) Pay labor and material in stripe replacement
37) Pay for bonding material when bonding procedure used in repair process   *********************************************
*********************************************
38) Pay for new valve stems and wheel mounting weights
39) Pay to R&I and reset pressure sensors in wheels when required

40) Pay for R&I of hub cap locks
41) Pay for wheel R&I when welding procedures used in immediate area
42) Pay for removal of structural foam when required in damaged areas
43) Pay for replacement of structural foam when being replaced in during repair process
44) Pay for access time when needed for repairing/removing damaged panels
45) Pay for fabrication of templates, inserts and sleeves (labor and material)
46) Pay to fill and plug unneeded holes in new parts
47) Pay for transfer of undamaged parts to used replacement part
48) Pay to clean and prep damaged parts before repair (removal of undercoating, tar, grease, etc)
49) Pay for chip guard and gravel guard when replaced
50) Pay for time to acquire electronic memory codes
51) Pay for weld through primers/cavity waxes (labor and material) when needed in repair process
52) Pay for sound deadening pads and materials (labor and materials)
53) Pay for rivets, clips, bulbs used in repair process (another part being replaced)
54) Pay for protection of interior components and compartments during welding, grinding working of repaired area (labor to place and remove welding mats and covers)
55) Pay to protect and mask wiring, censors etc in repaired areas during repair process
56) Pay to R&I trim, vehicle components required during repair process (trim panels, roll back of carpet, headliners, spare tire, jack etc)
57) Pay to drain fluids from parts when needed (fuel tanks, radiators)
58) Pay for spot refinish on repaired frame rails and other structural components (inner rockers, inner quarter structure)
59) Pay repairer for time spent investigating and diagnosing problems (new procedures/requirements, new electronic requirements etc)

60) Pay R&I of all used parts damaged and donor parts (used front end remove parts of used assembly, remove damaged parts and then install donor parts)
61) Pay to clear and blend appropriate panels instead of requiring burn in of clears (major warranty issue for repairer)
62) Pay a sublet handling fee/mark up on all sublet repairs and tow bills