UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

A & E AUTO BODY, INC., *et al.*,

    Plaintiffs,

v.

21ST CENTURY CENTENNIAL
INSURANCE COMPANY, *et al.*,

    Defendants.

Case No:   6:14-cv-310-Orl-31TBS
MDL Case No:   6:14-md-2557-GAP-TBS

## ORDER

This matter comes before the Court *sua sponte*. At today's status conference, Plaintiffs indicated that they would in the near future file a motion for leave to file a third amended complaint to delete parties and allege new facts. Defendants stated that they would likely oppose such a motion. The motion, if granted, would moot several motions to dismiss that will soon be ripe for consideration. Upon due consideration, it is

**ORDERED** that Plaintiffs have until March 27, 2015 to file a motion for leave to amend. If the motion is not filed by that date, the Court will assume that Plaintiffs do not wish to file a third amended complaint. This Order does not alter any deadlines for responses or replies to responses to the pending motions to dismiss.

**DONE** and **ORDERED** in Orlando, Florida on March 6, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record