UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

A & E AUTO BODY, INC., et al., ,

    Plaintiffs,

v.  Case No. 6:14-cv-310-Orl-31TBS

21ST CENTURY CENTENNIAL
INSURANCE COMPANY d/b/a FARMERS
INSURANCE GROUP, et al., ,

    Defendants.
_____/

## ORDER

Upon due consideration, Plaintiffs' Motion for Extension of Time (Doc. 311) is **GRANTED**. Plaintiffs have through March 25, 2015 to respond to the motions to dismiss at docket entries 302 and 306-309.[1]

**DONE AND ORDERED** in Orlando, Florida, on March 18, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies to All Counsel

---

[1] Plaintiffs' motion does not seek an extension of time to respond to the motions to dismiss at docket entries 302 and 306. The Court presumes this was an oversight and has included these motions to dismiss in its Order. If the Court is in error, it asks the parties to bring the mistake to its attention.