UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: AUTO BODY SHOP ANTITRUST LITIGATION,

Case No. 6:14-md-2557-Orl-31TBS
All Cases

## ORDER

After due consideration, Plaintiffs' Agreed Motion for Extension of Time (Doc. 195) is **GRANTED**.

All parties have through June 29 to file objections to the Report and Recommendations docketed on June 3, 2015 in Case No.'s: 6:14-cv-6006-Orl-31TBS; 6:14-cv-6007-Orl-31TBS; 6:14-cv-6009-Orl-31TBS; 6:14-cv-6010-Orl-31TBS; 6:14-cv-6011-Orl-31TBS; 6:14-cv-6012-Orl-31TBS; 6:14-cv-6013-Orl-31TBS; 6:14-cv-6014-Orl-31TBS; 6:14-cv-6015-Orl-31TBS; 6:14-cv-6008-Orl-31TBS; 6:14-cv-6020-Orl-31TBS; 6:14-cv-6018-Orl-31TBS; 6:14-cv-6019-Orl-31TBS; and 6:15-cv-6022-Orl-31TBS.

In Case No. 6:14-cv-6002-31TBS Plaintiffs have through July 1, 2015 to file their responses in opposition to all pending motions to dismiss.

In Case No. 6:14-cv-6004-31TBS Plaintiffs have through July 2, 2015 to file their responses in opposition to Fireman's Fund Insurance Company's motion to dismiss. Plaintiffs have through July 6, 2015 to file their responses in opposition to all other motions to dismiss and to strike.

In Case No. 6:14-cv-6003-31TBS Plaintiffs have through July 6 to file their responses in opposition to all motions to dismiss and to strike.

**DONE** and **ORDERED** in Orlando, Florida on June 12, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record

- 2 -