# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

A & E AUTO BODY, INC., et al.,

    Plaintiffs,

v.                                                                           Case No: 6:14-cv-310-Orl-31TBS

21ST CENTURY CENTENNIAL
INSURANCE COMPANY, et al.,

    Defendants.

## ORDER

This matter comes before the Court without a hearing on the Motion for Leave to Amend Complaint (Doc. 335) filed by the Plaintiffs and the response in opposition (Doc. 338) filed by the Defendants. The Plaintiffs seek to correct several typographical errors and, apparently, add at least one new plaintiff.[1] The Defendants object on the grounds that Judge Smith set a March 27, 2015 deadline for the filing of an amended complaint. (Doc. 310). In addition, the current amended complaint is the subject of a number of (ripe) motions to dismiss; the Defendants point out that, even though the Plaintiffs' proposed amendments are not substantive, they require renumbering of the paragraphs in the operative pleading, which in turn would make the paragraph citations in the pending motions and responses incorrect.

It is not clear that Judge Smith's deadline for filing an amended complaint was intended to apply to all such pleadings, as opposed to the particular amended complaint that was discussed at

---

[1] The Plaintiffs assert that, over the course of the first seven pages of their proposed pleading, the party plaintiffs "have been amended and clarified," but they do not describe the amendments or clarifications. (Doc. 335 at 1-3).

the March 6, 2015 status conference. According to Judge Smith's order, that proposed pleading was intended to "delete parties and allege new facts" and would have mooted several motions to dismiss that were on the verge of becoming ripe. (Doc. 310 at 1). None of these things appear to be true of the proposed amended complaint attached to the instant motion.

Nonetheless, the Court finds that the confusion that is likely to result from the renumbering outweighs the minimal benefit provided by allowing these non-substantive amendments before the pending motions are resolved. Accordingly, it is hereby

**ORDERED** that the Motion for Leave to Amend Complaint (Doc. 335) is **DENIED WITHOUT PREJUDICE.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 25, 2015.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party